## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| KRISTIN BROUGHTON, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION 11-0036-WS-N ) |
| HPA SUBWAY, INC., | ) ) |
| Defendant. | ) |

### ORDER

The defendant has filed an unaccepted offer of judgment. (Doc. 17). This is improper. Fed. R. Civ. 68(a) (offer is to be served, not filed; once the offer is accepted, "either party may then file the offer and notice of acceptance"). "Rule 68 exhibits a strong federal policy against filing such offers with the court and a party may incur a significant sanction for filing an unaccepted offer of judgment." *Scottsdale Insurance Co. v. Tolliver*, 2009 WL 3233802 at *4 (N.D. Okla. 2009). The routine remedy is to strike the improperly filed offer. *E.g., Berberena-Garcia v. Aviles*, 258 F.R.D. 39, 40 (D.P.R. 2009); *Estate of Enoch v. Tienor*, 2008 WL 3244230 at *1 (E.D. Wis. 2008); *Bechtol v. Marsh & McLennan Cos.*, 2008 WL 2074046 at *2 (W.D. Wash. 2008); *Dieujuste v. R.J. Electric, Inc.*, 2007 WL 2409831 at *1 (S.D. Fla. 2007); *St. Paul Fire & Marine Insurance Co. v. City of Detroit*, 2007 WL 4126542 at *2 (E.D. Mich. 2007).

For the reasons set forth above, the offer of judgment is **stricken**.

DONE and ORDERED this 25th day of July, 2011.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE